IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

UNITED STATES OF AMERICA

v.  CASE NO.: 1:08cr31-SPM/GRJ

SETH JERCHOWER,

    Defendant.

_____/

## ORDER CONTINUING RESENTENCING

Upon consideration, Defendant's Motion to Continue Resentencing (doc. 90) is granted. The resentencing hearing is continued to 1:30 p.m. on November 7, 2011, at the United States Courthouse in Gainesville, Florida.

SO ORDERED this 15th day of September, 2011.

*s/ Stephan P. Mickle*
Stephan P. Mickle
Senior United States District Judge